# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH DAKOTA

### <u>Western</u> DIVISION

| | |
|---|---|
| <u>Sean Mikel Henry</u> ) <br> _____ ) <br> _____ ) <br> _____ ) <br> (Enter the full name of the Plaintiff[s] in this action) ) <br> ) <br> vs. ) <br> ) <br> <u>Balfour Beatty Communities, LLC</u> ) <br> _____ ) <br> _____ ) <br> _____ ) <br> (Enter the full name of **ALL** Defendant[s] in this ) <br> action. Fed. R. Civ. P. 10(a) requires that the ) <br> caption of the complaint include the names of all ) <br> the parties. Merely listing one party and "et al." is ) <br> insufficient. Please attach additional sheets if ) <br> necessary.) ) | Case No. 5:24-CV-5075 <br> (To be assigned by <br> Clerk of District Court) |

## COMPLAINT

I.  State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitution provisions, if you know them. Fed .R .Civ. P. 8(a)(1) requires a short and plain statement of the grounds for the court's jurisdiction.):
<u>This case is brought to the Federal Court due to Balfour Beatty</u>
<u>Communities violating federal employment harassment laws,</u>
<u>including The Americans with Disabilities Act of 1990 as</u>
<u>amended, and Title VII of the Civil Rights Act of 1964. The</u>
<u>plaintiff, Sean Mikel Henry, resides in South Dakota, and the</u>
<u>defendant, Balfour Beatty Communities, LLC, (hereafter referred</u>
<u>to as "BBC") is headquartered in Malvern, Pennsylvania with</u>
<u>branches in multiple states, including where the plaintiff lives.</u>

1

II. Plaintiff, Sean Mikel Henry resides at

422 JFK Dr
(street address)
Ellsworth AFB , Mead ,
(city)           (county)
SD , 57706 , 773-691-7986
(state)   (zip)   (telephone number)

(If more than one plaintiff, provide the same information for each plaintiff below)

III. Defendant, BBC resides at, or its business is located at

1 Country View Rd
(street address)
Malvern , Chester ,
(city)           (county)
PA , 19355 , 6103558100
(state)   (zip)   (telephone number)
(If more than one defendant, provide the same information for each defendant below)

DSD 12-12

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

Starting in May of 2023, the plaintiff (Sean Henry; hereafter "me/I") began experiencing harassment from coworkers employed by BBC at Ellsworth AFB, specifically a manager (Tim), a coworker (Sylvia), the work order administrator (Amber), and facility manager (Dennis). I was still learning my job as a housing maintenance employee at BBC and so was frequently asking for policy clarification from my coworkers and supervisors. I noticed Amber refusing to schedule work orders that were already started and needed to be finished. Instead, she kept scheduling new ones, claiming that 'new work orders were more important for numbers'. I never had time to complete open work orders due to this over-scheduling. When I asked Dennis how to handle this, he said to 'go back to them when I had time'. I noticed also that Sylvia would get scheduled the easier, faster orders to complete. The Balfour Housing office employee(s) conducted an audit on the workorders proving this to be true. Amber willfully ignored this discrepency and aggressively disputed any favoritism towards Sylvia and against myself. She also refused to give me fewer new orders. I then tried to adhere to Amber and Dennis' workorder policy by focusing only on the orders assigned me. This led to a pile-up of unfinished orders behind me, growing daily. I would bring up these obvious policy issues with Amber and Dennis frequently, only to be scoffed at and dismissed. (cont. on page 5...)

V. Relief (State briefly and exactly what you want the Court to do for you.)

I want the court to find BBC guilty of not upholding or adhering to federal policies for harassment, unlawful retaliation, and discrimination. I want monetary remuneration for personal, financial, mental, and emotional damages suffered by me during and after the termination of my employment with BBC.

DSD 12-12

VI. **MONEY DAMAGES:**

    **A)** Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

        YES [ X ]        NO [　]

    **B)** If your answer to "A" is YES, state below the amount claimed and the reason[s] you believe you are entitled to recover such monetary damages:
    I claim $500,000 from BBC. This amount will serve as both punitive and actual; the amount will cause them to internally review the source of this failure to adhere to personal and federal policy. This amount will also repay my physical, mental, and emotional damages for what I endured under their employ.

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

        YES [　]        NO [ X ]

VIII. Are you requesting a Jury Trial?

        YES [　]        NO [ X ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __02__ day of __October__, 20__

_____

Signature of Plaintiff[s]

4

(... cont. from page 3, Section IV)

The only person who would try to help clarify my job and answer my questions was the Community Manager (Katie). When I got no guidance from Amber or Dennis, I would go to Katie.

Things began to grow out of control in June of 2023. I was injured on duty that day; I got dishwasher cleaning fluid in my eye and went to the ER. When I returned to work from getting checked out, another coworker (Shawn R.) confronted me, upset that he "had to finish my work orders" from the day. I chose to not respond to his negative attitude and instead moved to give Dennis my medical discharge papers from the ER. Dennis requested I finish some paperwork before leaving to go home. I agreed to do just that, and went to sit in the break room to do so. After I sat down to follow Dennis' instructions, Shawn R. confronted me, asking if I 'should be working right now' instead. Shawn R.'s attitude became inflamed while I remained calm. This culminated in him daring me to physically fight him 'outside'. Throughout this interaction I requested he remain calm and that I was not going to fight him. I ended up going straight to Katie after work that day to report his threats and aggressive actions toward me. I later discovered that Amber was spreading rumors that we would lose our bonus because I 'wasn't doing my job properly'. This also led to Tim repeatedly acting unprofessional and retaliating against me. Tim and my other coworkers started blaming me and verbally harassing me for 'turning in' Shawn R. to Katie after he physically threatened me and for repeatedly asking for policy clarifications. Tim repeatedly confronted me for talking to Dennis and Katie about his unprofessional behaviors. He and the others have made it clear in a work meeting that 'nobody trusts me or likes me or wants to work with me' because I 'turn people in for harassment'. Everyone was cautioned by Dennis to stop retaliating against me. Following that meeting, there were 4-6 incidents where Tim retaliated against me with either false accusations or verbal harassment. There was at least one incident of harassment from Sylvia also.

Katie tried to help me deal with all the harassment and retaliation, but she could not stop the deep-rooted cultural problems that had been allowed to fester within BBC by Dennis and other high(er) levels of supervision. On December 4th, I was informed by HR (Johnathan) and Regional Manager (Chad) that BBC chose to retain Tim and mark me down as 'failing to return to work', as I was given an ultimatum to either accept returning to work under the direct supervision of Tim or be fired for refusing to work with someone for simply "not liking them".

Since my time with BBC, I have had increased documented visits to the ER and Urgent Care due to the stress and anxiety that working at BBC has caused me. Increased stress and anxiety flair up my gastritis and IBS and cause severe stomach pain, nausea, and cramping, which can lead to stomach bleeding and other worsening medical issues. I have had this chronic condition my whole adult life.

Part of the harassment I faced at BBC was unlawful retaliation against my whistleblower status for reporting the toxic behavior(s) of my coworkers and/or managers to a higher authority, to HR and/or to a supposed third party. This was mainly due to my personal work ethic and love for the military community that I have been a part of for nearly my entire life, that would not allow me to look the other way on policy, procedures, and/or laws. Some of which the defendant was court ordered to implement due to a previous, separate, EEOC settlement. The other part, I believe, was absolute ablism. As my need to go to the doctors and have recuperation days (after dealing with immensely stressful situations) due to my chronic illness, were completely and repeatedly disregarded and/or mocked by upper management and HR as simply taking things to personal and/or needing to return to work and not miss work "because, not liking someone, isn't an excuse to miss work".

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Henry, Sean, M.

**DEFENDANTS**
Balfour Beatty Communities, LLC

**(b)** County of Residence of First Listed Plaintiff: Mead
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Mead
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**TORTS**

*PERSONAL INJURY*
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

*CIVIL RIGHTS*
- 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/ Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

*PERSONAL INJURY*
- 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

*PRISONER PETITIONS*
Habeas Corpus:
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty
Other:
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- [X] 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title VII of the Civil Rights Act of 1964.

Brief description of cause:
Unlawful retaliation and discrimination against ability

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ 500,000.00
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____