UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| SEAN MIKEL HENRY,<br><br>  Plaintiff,<br>vs.<br><br>BALFOUR BEATTY COMMUNITIES,<br><br>  Defendant. | CIV. NO. 5:24-5075-LLP<br><br>MEMORANDUM OPINION AND ORDER DENYING MOTION TO RECONSIDER MOTION TO APPOINT COUNSEL |

Mr. Henry requests reconsideration of the Court's denial of his Motion to Appoint Counsel. Although Plaintiff claims violations of the Americans with Disabilities Act of 1990 and Title VII of the Civil Rights Act of 1964, there is no fact alleged in Mr. Henry's Complaint that would establish a cause of action under either of these acts. Instead, the Complaint appears to be a complaint for claimed wrongful termination by the Defendant. The claim does not appear to warrant undertaking representation by the law firms Mr. Henry has contacted.

As a result, the Court is not going to require some lawyer to undertake a claim where at least three qualified law firms have declined to undertake the representation of Mr. Henry. Wrongful termination claims such as these are relatively straightforward and can be pursued by a claimant on a pro se basis. That is the avenue that is still available to Mr. Henry.

Accordingly, it is hereby ORDERED that Plaintiff's Motion for Reconsideration (Doc. 7) is DENIED.

Dated this 4th day of January, 2025

BY THE COURT:

*Lawrence Piersol*
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK